OTC

RECEIVED

MAR 25 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

CLINTON STRANGE,

Plaintiff

Case No. 5:19-CV-00202-EEF-KLH

v.

AGENTRA, LLC,

Defendant

**PLAINTIFF'S MOTION TO DISMISS THE ACTION WITH PREJUDICE**

## PLAINTIFF'S STATEMENTS REGARDING THE MOTION BEFORE THE COURT

1. Clinton Strange, the *pro se* Plaintiff in this action, brought suit in this U.S. District Court against Defendant Agentra, LLC on or around February 15, 2019 because he alleged they, or alternatively their third-party marketing partners, placed numerous autodialed calls using a pre-recorded voice to his cellphone without his prior consent and that in doing so they violated subsections b and c of the Telephone Consumer Protection Act of 1991 [See ECF No.1].

2. The Plaintiff at this time out of his own free will and volition move on this Court to dismiss his action with prejudice on all counts as they pertain to the Defendant Agentra, LLC.

3. No one threatened, intimidated, or coerced the Plaintiff into filing this dismissal motion.

4. The Plaintiff is of sound mind.

5. The Plaintiff has attached a proposed order for the convenience and consideration of the Court [See Exhibit A].

Respectfully Submitted,

X_____        3-25-2019

Clinton Strange                                          Dated

Pro Se

7021 Winburn Drive

Greenwood, LA 71033

318-423-5057

parsmllc@gmail.com

# EXHIBIT A

### CERTIFICATE OF SERVICE:

1. I, Clinton Strange, the *pro se* Plaintiff in this action will serve a "stamped and filed" copy

   of this motion captioned as "**PLAINTIFF'S MOTION TO DISMISS THE ACTION**

   **WITH PREJUDICE"** via electronic mail at the email address of:

   <u>alin@pcrfirm.com</u>

2. The email will be sent on _____3 – 25 –_____ , 2019.

3. I swear all the foregoing statements are both true and correct under the pains and penalties of

   perjury under the laws of the United States of America.

Respectfully Submitted,

X_____        _____3-25-2019_____

   Clinton Strange                                           Dated