# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**CLINTON STRANGE**                      **CIVIL ACTION NO. 19-cv-0202**

**VERSUS**                                **JUDGE ELIZABETH E. FOOTE**

**AGENTRA, LLC**                         **MAGISTRATE JUDGE HAYES**

## JUDGMENT

Plaintiff's motion to dismiss this action with prejudice [Record Document 4] is hereby **GRANTED**.

All claims against Defendant Agentra, LLC are **DISMISSED WITH PREJUDICE**.

Thus done and signed in Shreveport, Louisiana this 26th day of March, 2019.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE